**95–1530. State ex rel. Hicks v. Indus. Comm.**
Franklin App. No. 94APD07–987. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–2567. State ex rel. Plain Dealer Publishing Co. v. Franklin Cty. Court of Common Pleas.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–2579. State ex rel. Ohio Edison Co. v. Pub. Util. Comm.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion to dismiss.
    IT IS ORDERED by the court that this cause be, and hereby is, dismissed.
    MOYER, C.J., DOUGLAS, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
    RESNICK and COOK, JJ., not participating.

## DISCIPLINARY DOCKET

**97–1651. Columbus Bar Assn. v. Elsass.**
This cause came on for further consideration upon the filing by respondent, Tobias H. Elsass, a.k.a. Tobias Harold Elsass, on December 9, 1997, of an application for reinstatement to the practice of law. Upon consideration thereof,
    IT IS ORDERED by this court that the application for reinstatement of respondent be, and hereby is, denied.
    IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.
    MOYER, C.J., not participating.

## MERIT DOCKET

**97–779. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 95–845–TP–COI. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.
    PFEIFER, dissents.
    RESNICK, J., not participating.